# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Watertown   **Category No.** II   **Investigating Agency** FBI
**City:** Watertown
**County:** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number: 25-mj-6667-MPK
Search Warrant Case Number: 25-mj-6226, 6272, 6273-MPK
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes   ☑ No

## Defendant Information:

**Defendant Name:** JAN PAULINO   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
**Alias Name:**
**Address:** 132 Ashcroft Street, Dedham, Massachusetts
**Birth date (Yr only):** 1996   **SSN (last 4#):** ____   **Sex:** M   **Race:** Hispanic   **Nationality:** Dominican

**Defense Counsel if known:** _____   **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** Stephen Hassink   **Bar Number if applicable:** _____

**Interpreter:** ☑ Yes ☐ No   List language and/or dialect: Spanish
**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No
**Matter to be SEALED:** ☑ Yes ☐ No
☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**
**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/14/2025   **Signature of AUSA:** /s/ Stephen Hassink

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JAN PAULINO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to launder money | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013